# MEMORANDA DECISIONS

## CASES WITHOUT OPINIONS

MYRON PAROW ET AL. *vs.* FRED S. SHERBURNE.

York County. Decided June 26, 1924. This is an action to recover damages caused by flow of surface water diverted by means of a ditch upon land of the plaintiffs. The order of the presiding Justice in the court below was "Plaintiffs non-suit on the stipulation on the part of the defendant that judgment shall be rendered by the Law Court for the plaintiffs for the sum of Twenty-five dollars and costs if, for any reason, the Law Court shall over-rule the order of non-suit." Exception to this order was taken by plaintiffs.

A majority of the members of the court are of opinion that a question of fact, namely, the extent and nature of the ditch, as affecting the rights and liability of the parties, was one which should have been submitted to the jury; hence the order of non-suit was error. Exception sustained. Judgment for plaintiffs in accordance with the stipulation. *Willard & Ford*, for plaintiff. *Lucius B. Sweet*, for defendant.